# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

154766

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PERNELLAR HAWKINS,
      Defendant-Appellant.

SC: 154766
COA: 334270
Wayne CC: 08-003157-FH

_____/

On order of the Court, the application for leave to appeal the September 21, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the defendant's sentence and we REMAND this case to the Wayne Circuit Court for resentencing. There is no indication in the record that, at sentencing, the trial court considered an updated Sentencing Information Report, or applicable guidelines range, in imposing its sentence following the defendant's probation violations. Sentencing courts must consult the applicable guidelines range and take it into account when imposing a sentence. See *People v Lockridge,* 498 Mich 358, 392 (2015); MCL 771.14(2)(e); MCR 6.445(G) and MCR 6.425(D). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk

t0503p